# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
## Nothern District of Georgia

Case Number: 1:22-CV-1333

Plaintiff:
**Amanda Corley**

vs.

Defendant:
**4angels Healthcare, LLC**

For:
V. Severin Roberts
Barrett & Farahany
1100 Peachtree Street, Ne
Suite 500
Atlanta, GA 30309

Received by Dominion Servers to be served on **4angels Healthcare, LLC c/o Nancy Musah, Registered Agent, 1035 Lear Drive, Locust Grove, GA 30248**.

I, Reginald O. Walker, do hereby affirm that on the **7th day of April, 2022** at **10:22 am**, I:

served a **REGISTERED AGENT** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT FOR DAMAGES** with the date and hour of service endorsed thereon by me, to: **Nancy Musah** as **Registered Agent** at the address of: **1035 Lear Drive, Locust Grove, GA 30248** on behalf of **4angels Healthcare, LLC c/o Nancy Musah, Registered Agent**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am a U.S. Citizen over the age of 18, of sound mind, suffer under no legal disabilities, competent to testify in the above case, not related to any of the parties, a Certified Process Server and in good standing in the judicial circuit in which the process was served. I have never been convicted of a misdemeanor or felony. I swear under penalty of perjury that the following is true and accurate.

_____
**Reginald O. Walker**
Process Server

**Dominion Servers**
270 Cobb Pkwy. S. Ste. 140 #164
Marietta, GA 30060
(770) 990-5389

Our Job Serial Number: DOM-2022000098
Ref: Amanda Corley

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.0n